**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Honeywell International Inc.
        Plaintiff,

v.                    Case No.: 1:15−cv−08493
                   Honorable John Robert Blakey

BRK Brands, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2015:

   MINUTE entry before the Honorable John Robert Blakey: This case has been assigned to the calendar of the Honorable John Robert Blakey. An initial status conference is set for 11/24/15 at 9:45 a.m. in Courtroom 1725. The parties are advised to review and strictly comply with the Court's standing order concerning initial status conferences and the filing of the initial status report (which, in this case, will be due no later than 11/18/15). The standing order and the template for the initial status report are available on the Court's homepage at www.ilnd.uscourts.gov. The Court expects attorneys to appear at all set dates. If an attorney has a conflict with a set date, the attorney must notify Chambers of the conflict and, if appropriate, the Court will reset the matter. Advising opposing counsel of a conflict is not a substitute for communicating with the Court. Attorneys who fail to appear and fail to notify Chambers of any conflict may be subject to sanctions. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.